NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
DAVID J. WARD (State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LG DISPLAY CO., LTD. and<br>LG DISPLAY AMERICA, INC.,<br><br>Defendants. | Case No.  CR-08-0803 SI<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT IN A CRIMINAL CASE BY CORRECTING THE SPECIAL INSTRUCTIONS REGARDING PAYMENT OF THE FINE |

The United States and defendants LG Display Co., Ltd., and LG Display America, Inc. ("the Defendants") stipulate and respectfully request that the Court amend the Judgment in this matter by correcting a special instruction regarding payment of the criminal fine.  On December 15, 2008, the Defendants were sentenced to pay a single fine of $400 million in installments.  On December 23, 2008, the Court issued a Judgment in a Criminal Case (For Organizational Defendants).  On page three of the Judgment under the heading "Joint and Several" in Section D, the Judgment provides that the "$400,000,000 fine is joint and several with each co-defendant in this case."

The Clerk's Office recently notified the parties and the Court that instructions under the

STIPULATED MOTION TO AMEND JUDGMENT -- PAGE  1

heading "Joint and Several" in Section D only apply to a judgment ordering restitution, which was not provided in this case, given the pending civil cases filed with the Court. The Clerk's Office requested that the Judgment be amended to remove the instruction in the "Joint and Several" section, and instead provide the following instruction at the end of the payment schedule listed under the heading "Special instructions regarding the payment of criminal monetary penalties:" "Fine to be paid concurrently between the co-defendants LG Display Co., Ltd. and LG Display America, Inc."

IT IS HEREBY STIPULATED AND AGREED as follows:

The United States and the Defendants request that the court amend the Judgment filed in this matter by removing the instruction "$400,000,000 fine is joint and several with each co-defendant in this case" on page 3 of the Judgment and inserting the instruction "Fine to be paid concurrently between the co-defendants LG Display Co., Ltd. and LG Display America, Inc." in the section "Special instruction regarding the payment of criminal monetary penalties."

Respectfully submitted,

BY: _____
Michael R. Lazerwitz, DC No. 430605
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Tel: (202) 974-1500
Fax: (202) 974-1999

Counsel for LG Display Co., Ltd. and
LG Display America, Inc.

DATED: March 3, 2009

BY: _____
Niall E. Lynch, CA No. 157959
Michael L. Scott, CA No. 165452
Heather S. Tewksbury, CA No. 222202
Alexandra J. Shepard, CA No. 205143
David J. Ward, CA No. 239504
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660

DATED: March 3, 2009

Based on the stipulation of the parties, and for good cause shown,

IT IS SO ORDERED.

_____
Susan Illston
United Stated District Judge

STIPULATED MOTION TO AMEND JUDGMENT -- PAGE 2